To Clerk of the court,

73,202-03

I recv'd the white card stateing my 11.07 didnt have proper verification I dont understand this issue Can you pls. explain what verification issue I need to address, and Is this re-fileable Did I forget to sign something, or was it The courts of convictions, pls. Help me w/this Issue

Tr. CT. NO.
2006-1329-C2C

WR-73,202-03

W/ Respect

William
Giles

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

Abel Acosta/Clerk

P.O. BOX 12308
Capitol Station
Austin Tx.
78711